IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| THOMAS J. NAUMAN,<br><br>                    Plaintiff,<br><br>v.<br><br>UTAH HIGHWAY PATROL, NEIL EKBERG,<br><br>                    Defendants. | **ORDER ADOPTING REPORT AND RECOMMENDATION**<br><br>Case No. 2:14-cv-00560-CW-DBP<br><br>District Judge Clark Waddoups<br><br>Magistrate Judge Dustin B. Pead |

      This case was assigned to United States District Court Judge Clark Waddoups, who then referred it to United States Magistrate Dustin B. Pead under 28 U.S.C. § 636(b)(1)(B). (Dkt. No. 19). The case arises out of Thomas J. Nauman's complaint, in which he alleges he suffered personal injury when Neil Ekberg arrested him. (Dkt. No. 1). The Defendants filed an answer to Mr. Nauman's complaint five days after the deadline, (Dkt. No. 3) and Mr. Nauman filed a motion for default judgment (Dkt. No. 9). After briefing from the parties, Judge Pead issued a Report and Recommendation, recommending that the court deny the motion for default judgment. (Dkt. No. 21). Mr. Nauman did not file an objection. The court has reviewed the file de novo, and hereby APPROVES AND ADOPTS Judge Pead's Report and Recommendation in its entirety.

      SO ORDERED this 25th day of September, 2015.

                                                      BY THE COURT:

                                                      Clark Waddoups
                                                      United States District Court Judge